IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| Robert Mayberry, | : | Case No. 1:25-cv-617 |
| | : | |
| Petitioner, | : | |
| | : | Judge Susan J. Dlott |
| v. | : | |
| | : | |
| Warden, Warren Correctional | : | Order Adopting Report and |
| Institution, | : | Recommendation and |
| | : | Dismissing Case with |
| Respondent. | : | Prejudice |

The Magistrate Judge issued a Report and Recommendation in this *pro se* case on February 10, 2026 recommending that Petitioner Robert Mayberry's action be dismissed for want of prosecution.  (Doc. 7.)  As the Magistrate Judge set forth in the Report and Recommendation, Petitioner has failed to prosecute this action.  On October 10, 2025, the Court issued an Order requiring Petitioner to show cause in writing within thirty days as to why the action should not be dismissed without prejudice on the ground that he did not exhaust his available state court remedies.  (Doc. 4 at PageID 47–48.)  Petitioner was advised that failure to respond to the Order within the requisite 30-day period will result in the case being dismissed for lack of prosecution.  (*Id*. at PageID 48.)  Petitioner did not file anything in response.  As Petitioner failed to file a response, the Magistrate Judge recommends that this case be dismissed for want of prosecution.  (Doc. 7.)   Petitioner did timely file any objections to the Report and Recommendation.

Title 28 U.S.C. § 636(b)(1)(B) and Federal Rule of Civil Procedure Rule 72(b)(1) authorize magistrate judges to make recommendations concerning dispositive motions that have been referred to them.  Parties then have fourteen days to file and serve specific written

1

objections to the report and recommendations.  28 U.S.C. 636(b)(1); Fed. R. Civ. P. 72(b)(2).  If a party files objections to a report and recommendation on a dispositive matter, a district judge must review the objections under the *de novo* standard.  *Baker v. Peterson*, 67 F. App'x 308, 310 (6th Cir. 2003).  "The district judge may accept, reject, or modify the recommended disposition; receive further evidence; or return the matter to the magistrate judge with instructions."  Fed. R. Civ. P. 72(b)(3); *see also* 28 U.S.C. § 636(b)(1) (substantially similar).

The Court finds the Magistrate Judge's recommendation that this case be dismissed for want of prosecution to be well-taken, as Plaintiff failed to comply with the Court's October 10, 2025 order.  Therefore, the Court **ADOPTS** the Magistrate Judge's Report and Recommendation (Doc. 7), and this case is **DISMISSED** with prejudice for want of prosecution pursuant to Fed. R. Civ. P. 41(b).

**IT IS SO ORDERED.**

BY THE COURT:

S/Susan J. Dlott
Susan J. Dlott
United States District Judge

2